1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10  RICHARD LAWRENCE ISGRIGG, III,

11          Plaintiff,                          No. 2:12-cv-1777 EFB P

12          vs.

13  EILYA MOGHADDAM, et al.,

14          Defendants.                         ORDER

15  _____/

16          Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

17  U.S.C. § 1983.  This proceeding was referred to this court by Local Rule 302 pursuant to 28

18  U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent. *See* 28 U.S.C.

19  § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).

20          On November 19, 2012, the court dismissed plaintiff's complaint for failure to state a

21  claim.  The dismissal order explained the complaint's deficiencies, gave plaintiff 30 days to file

22  an amended complaint correcting those deficiencies, and warned plaintiff that failure to file an

23  amended complaint would result in this action being dismissed for failure to state a claim.  The

24  30-day period expired and plaintiff did not file an amended complaint.  Accordingly, the court

25  dismissed this action failure to state a claim.  1915A(b); Fed. R. Civ. P. 41(b); E.D. Cal. Local

26  Rule 110.  On the same day, however, plaintiff requested a 60 or 90-day extension of time to file

1

1   an amended complaint, claiming he did not have adequate library access.   Plaintiff is hereby

2   informed that filing an amended complaint should not require extensive research.   To file an

3   amended complaint in accordance with the court's order, plaintiff need only submit a short and

4   plain statement of his claim showing that he is entitled to relief.   An amended complaint should

5   not include legal citations and should need not contain unnecessarily detailed factual allegations.

6          Therefore, IT IS HEREBY ORDERED that:

7          1.  The order dismissing this action (Dckt. No. 10) and is vacated and the Clerk of the

8   Court is directed to re-open the case.

9          2.  Plaintiff shall file an amended complaint within 30 days from the date of this order.

10   Failure to comply with this order may result in dismissal of this action.

11   Dated:  January 2, 2013.

12

13                          EDMUND F. BRENNAN
                            UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26